KAREN L. LOEFFLER
United States Attorney

JACK S. SCHMIDT
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 W. 9th St., Room 937
P.O. Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | RECEIPT AND POSSESSION OF |
| vs. | ) | EXPLOSIVE MATERIALS BY A |
| | ) | PROHIBITED PERSON |
| JOSEPH DUANE BROWN, | ) | Vio. of 18 U.S.C. §§ 842(i)(1) and |
| | ) | 844(a)(1) |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about July 4, 2013, the defendant, JOSEPH DUANE BROWN, within the District of Alaska, having been convicted of the following crime punishable by imprisonment for a term exceeding one year, did knowingly receive and possess, in and affecting interstate and foreign commerce, explosive materials, to wit:

1. Perchlorate explosive mixture; and

2. Cap sensitive ammonium nitrate explosive mixture.

Conviction

| Date | Case No. | Offense | Court |
|---|---|---|---|
| 10/2/1997 | 1KE-97-313 | Burglary 2nd AS11.46.310(b) | Superior Court for the State of Alaska, First Judicial District at Ketchikan |
| 10/2/1997 | 1KE-94-29 | Theft 2nd AS11.46.130(b) | Superior Court for the State of Alaska, First Judicial District at Ketchikan |
| 10/2/1997 | 1KE-94-29 | Att. Misconduct in the Second Degree AS11.71.020(b) | Superior Court for the State of Alaska, First Judicial District at Ketchikan |
| 10/2/1997 | 1KE-94-29 | Att. Misconduct in the Second Degree AS11.71.020(b) | Superior Court for the State of Alaska, First Judicial District at Ketchikan |
| 10/2/1997 | 1KE-94-29 | Misconduct in the Fourth Degree AS11.71.040(d) | Superior Court for the State of Alaska, First Judicial District at Ketchikan |
| 10/2/1997 | 1KE-94-29 | Burglary 2nd AS11.46.310(b) | Superior Court for the State of Alaska, First Judicial District at Ketchikan |

All of which is in violation of 18 United States Code §§ 842(i)(1) and 844(a)(1).

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant U.S. Attorney
United States of America

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America

DATE:   6/17/14